FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2018 AUG 29 PM 4: 35

UNITED STATES DISTRICT COURT NEBRASKA

MICHAEL LONGS II          CASE# 4:18CV3120
        V.                2254 HABEAS
HON. JACOBSENS
HON. MCMANAMAN &
HIS BAILIFF KRISTIN

We move for Habeas Corpus freeing petitioner from his illegal restraint showing that we cannot exhaust our state remedies as Hon. Jacobson denies us IFP on 29-2801 whereby clerk of State district refuses to transmit our appeal of Hon Jacobsons order and Kristin bailiff to Hon. McManaman refused to schedule hearing in State v. Longs CR17-1508 on docket insisting we have appointed counsel, though at all stages of

-1-

CR 17-508 we have eschewed all appointment of council electing instead to represent ourself, ala Feretta v. Calif.

Wherefore we pray that this court will issue Habeas Corpus freeing us from our illegal restraint as 180 day speedy trial has ran out. a/a NRS 29-1207 plus we never served with copy of information or arrainged in the Lancaster district court in CR 17-1508.

8-29-18            Mike Longs II
                   Lancaster County Jail
                   Lincoln NE

-2-