IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| MICHAEL LONGS II, | |
|---|---|
| Petitioner, | 4:18CV3120 |
| vs. | |
| BRADLEY L. JOHNSON, Lancaster County ADF Director; | MEMORANDUM AND ORDER |
| Respondent. | |

This matter is before the court on its own motion. On April 23, 2019, Petitioner Michael Longs II filed a Notice of Appeal (filing no. 39) and the Clerk of the Court requested a ruling as to Petitioner's authorization to proceed in forma pauperis on appeal (filing no. 40). On April 24, 2019, the court ordered Petitioner Michael Longs II to either submit the $505.00 filing and docket fees to the clerk's office or submit a request to proceed in forma pauperis. (Filing No. 41.) To date, Petitioner has not taken either action.

IT IS THEREFORE ORDERED that:

1. Petitioner is not authorized to proceed in forma pauperis on appeal.

2. The Clerk of the Court is directed to process Petitioner's appeal to the Eighth Circuit Court of Appeals.

Dated this 6th day of June, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge